**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  03-cv-02201-LTB-CBS

CHRISTIE McWILLIAMS,
        Plaintiff,

v.

JEFFERSON COUNTY,
        Defendant.
_____

**ORDER**
_____

This matter is before me upon Plaintiff's Unopposed Motion to Certify Judgment Pursuant to Fed.R.Civ.P. 54(b).  On my review of the motion and grounds stated in support, I expressly find that there is no just reason for delay and direct entry of final judgment pursuant to Fed.R.Civ.P. 54(b).

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: November 22, 2005