**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-02201-LTB-CBS

CHRISTIE MCWILLIAMS,
      Plaintiff,

v.

JEFFERSON COUNTY,
      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion for Withdrawal of Eugene Mei as Counsel of Record for Defendant Jefferson County (Doc 47 - filed November 30, 2005) is **GRANTED**. Eugene Mei is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Patricia W. Gilbert.

Dated: December 1, 2005

---